NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1448

CEIVA LOGIC, INC.,

Plaintiff-Appellant,

v.

FRAME MEDIA, INC.,

Defendant-Appellee,

and

DIGITAL SPECTRUM SOLUTIONS, INC.,

Defendant-Appellee,

and

DOES 1-10, inclusive,

Defendant.

Gary A. Hecker, The Hecker Law Group, of Los Angeles, California, argued for plaintiff-appellant.  With him on the brief was James M. Slominski.

Allen S. Rugg, Wolf, Greenfield & Sacks, P.C., of Boston, Massachusetts, argued for all defendants-appellees.  With him on the brief for Frame Media, Inc., were James J. Foster and Hunter D. Keeton.  On the brief for Digital Spectrum Solutions, Inc., were Robert D. Fish and Andrew Mar, Fish & Associates, P.C., of Irvine, California.

Appealed from:  United States District Court for the Central District of California

Judge James V. Selna

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1448

CEIVA LOGIC, INC.,

Plaintiff-Appellant,

v.

FRAME MEDIA, INC.,

Defendant-Appellee,

and

DIGITAL SPECTRUM SOLUTIONS, INC.,

Defendant-Appellee,

and

DOES 1-10, inclusive,

Defendant.

# Judgment

ON APPEAL from the       United States District Court for the
                         Central District of California

in CASE NO(S).          08-CV-636.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, GAJARSA, and MOORE, <u>Circuit Judges</u> )

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   May 5, 2010          */s/ Jan Horbaly*
                             Jan Horbaly, Clerk